# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

LAKEITH CULCLAGER, Reg. #25079-009                                              PETITIONER

v.                              NO. 2:10CV00047 JLH-JTK

T.C. OUTLAW, Warden,
FCI – Forrest City                                                              RESPONDENT

## JUDGMENT

In accordance with the Court's Order entered in this case on this date, it is

CONSIDERED, ORDERED, and ADJUDGED that the Complaint is DISMISSED WITH

PREJUDICE.

SO ADJUDGED this 27th day of March, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE